AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FID 560708**

**RECEIVED**
By USMS District of Columbia District Court at 12:55 pm, Jun 11,

| United States of America | ) | Case: 1:25-cr-00166 |
| --- | --- | --- |
| v. | ) | Assigned To: Kollar-Kotelly, Colleen |
| | ) | Assign Date: 6/10/2025 |
| TYRONE CURTIS NICHOLSON, | ) | Description: INDICTMENT (B) |
| | ) | Related Case No.: 23-cr-73 (CKK) |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     **TYRONE CURTIS NICHOLSON,**
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846
(Conspiracy to Distribute and Possess with Intent to Distribute Four Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl)

Date:     06/10/2025

*Issuing officer's signature*

City and state:     Washington, D.C.

Moxila A. Upadhyaya , U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 6/10/25, and the person was arrested on *(date)* 6/27/25
at *(city and state)* Washington, DC

Date: 6/27/25

*Arresting officer's signature*

SA Kenneth Louvar
*Printed name and title*